No. 95-7833. ALVAREZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95-7835. CONTRERAS v. STAINER ET AL. C. A. 9th Cir. Certiorari denied.

No. 95-7838. WEBB v. FIELDS, DIRECTOR, OKLAHOMA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Okla. Certiorari denied.

No. 95-7839. BERNARD v. OFFICE OF THE QUEENS COUNTY DISTRICT ATTORNEY. C. A. 2d Cir. Certiorari denied.

No. 95-7842. GILKEY v. HILL ET AL. Ct. App. Kan. Certiorari denied.

No. 95-7850. NELSON v. CANNON ET AL. C. A. 4th Cir. Certiorari denied.

No. 95-7851. NOONER v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 95-7852. LYNCH v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 95-7853. KARAGEORGOS v. BEACH, CADIGAN & MARTIN ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 95-7857. JAMES v. STATE BAR OF CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 95-7868. BURLEY v. MCDONNELL DOUGLAS HELICOPTER Co. C. A. 9th Cir. Certiorari denied.

No. 95-7871. CUPIT v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 95-7873. TERRY v. HUFFMAN, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 95-7875. JONES v. GOMEZ, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 95-7878. STEPHENS v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.